**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RACHAEL D. BOSEMAN,        :    No. 210 MAL 2017

             Petitioner        :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Commonwealth Court
        v.                   :

COMMONWEALTH OF PENNSYLVANIA,  :
DEPARTMENT OF TRANSPORTATION,   :
BUREAU OF DRIVER LICENSING,      :

            Respondent      :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.